1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716



FILED

JUN 20 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF<br>5868 EAST PARK CIRCLE<br>FRESNO, CALIFORNIA | ) No. 2:07-sw-00172 GGH<br>)<br>) **APPLICATION TO UNSEAL SEARCH WARRANT**<br>) **AND [proposed] ORDER**<br>)<br>)<br>) |

On June 3, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court. Recently, a federal grand jury issued an indictment in this case, number 2:07-cr-00266 FCD. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 19, 2007

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Ellen V. Endrizzi
                              ELLEN V. ENDRIZZI
                              Assistant U.S. Attorney

1

O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Application to Unseal Search Warrant, filed in case number 2:07-sw-00172 GGH, is GRANTED.

DATED: June 20, 2007

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

2